**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jose R. Velez<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9905<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–21033–MBK | |

# Order of Discharge                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jose R. Velez

11/19/21                                        **By the court:** Michael B. Kaplan
                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Jose R. Velez  
       Debtor

Case No. 19-21033-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Nov 19, 2021      Form ID: 3180W      Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose R. Velez, 742 Lee Street, Perth Amboy, NJ 08861-2431 |
| cr | + | Ajax Mortgage Loan Trust 2019-H, Mortgage-Backed S, P.O. Box 25430, Portland, OR 97298-0430 |
| 518711375 | | Ajax Mortgage Loan Trust 2019-H, co/ Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 518711376 | + | Ajax Mortgage Loan Trust 2019-H, co/ Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334, Ajax Mortgage Loan Trust 2019-H co/ Gregory Funding LLC 90074-2334 |
| 518321361 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518321691 | | CVI SGP-CO Acquisition Trust, PO Box 10587, Greenville, SC 29603-0587 |
| 518278307 | + | Credit Union Loan Source, 1699 Phoenix Pkwy, Ste 11, College Park, GA 30349-6033 |
| 518278308 | + | First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 518278314 | + | Raritan Bay Medical Center, POB 650292, Dallas, TX 75265-0292 |
| 518278315 | + | Rutgers RWJMG Emergency Med., C/O Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 518278327 | + | Unifund CCR, C/O Mullooly Jeffrey Rooney & Flynn, 6851 Jericho Tpke, Ste 220, Syosset, NY 11791-4449 |
| 518278326 | + | Unifund CCR, POB 42121, Cincinnati, OH 45242-0121 |
| 518314128 | | Unifund CCR LLC, c/o, Mullooly, Jeffrey, Rooney & Flynn LLP, 6851 Jericho Turnpike, Suite 220, P.O. Box 9036 Syosset, New York 11791-9036 |
| 518278330 | + | Wells Fargo, PO Box 3117, Winston Salem, NC 27102-3117 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 19 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 19 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518308816 | | EDI: BECKLEE.COM | Nov 20 2021 01:38:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518278290 | + | EDI: AMEREXPR.COM | Nov 20 2021 01:38:00 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518278293 | | EDI: BANKAMER.COM | Nov 20 2021 01:38:00 | Bank Of America, PO Box 982238, El Paso, TX 79998 |
| 518278292 | + | EDI: BANKAMER.COM | Nov 20 2021 01:38:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 518364382 | | EDI: BANKAMER.COM | Nov 20 2021 01:38:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 518278294 | + | EDI: TSYS2 | Nov 20 2021 01:38:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 518278295 | + | EDI: CITICORP.COM | Nov 20 2021 01:38:00 | Best Buy/CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 518278296 | + | EDI: CAPITALONE.COM | Nov 20 2021 01:38:00 | Cap1/BSTBY, 26525 N Riverwoods Blvd., |

Case 19-21033-MBK    Doc 35    Filed 11/21/21    Entered 11/22/21 00:16:38    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 19, 2021 | Form ID: 3180W | Total Noticed: 53 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Mettawa, IL 60045-3440 |
| 518284221 | + | Email/Text: bankruptcy@cavps.com | Nov 19 2021 20:37:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518278299 | + | Email/Text: bankruptcy@cavps.com | Nov 19 2021 20:37:00 | Citibank, C/O Cavalry Portfolio, POB 27288, Tempe, AZ 85285-7288 |
| 518278300 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Nov 19 2021 20:37:00 | Citibank, C/O JH Portfolio Debt Equi, 5757 Phantom Drive, Ste 225, Hazelwood, MO 63042-2429 |
| 518278304 | + | EDI: CITICORP.COM | Nov 20 2021 01:38:00 | Citibank/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518278305 | + | EDI: WFNNB.COM | Nov 20 2021 01:38:00 | Comenity Bank/Fortunof, POB 182789, Columbus, OH 43218-2789 |
| 518278306 | + | EDI: WFNNB.COM | Nov 20 2021 01:38:00 | ComenityCB/Overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 518278329 | | Email/PDF: DellBKNotifications@resurgent.com | Nov 19 2021 20:53:31 | Webbank/DFS, 1 Dell Way, Round Rock, TX 78682 |
| 518278312 | + | EDI: CITICORP.COM | Nov 20 2021 01:38:00 | Macys/DSNB, PO Box 8218, Mason, OH 45040 |
| 518278309 | + | EDI: CITICORP.COM | Nov 20 2021 01:38:00 | Fred Meyer/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518278297 | | EDI: JPMORGANCHASE | Nov 20 2021 01:38:00 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 518278310 | + | EDI: PHINGENESIS | Nov 20 2021 01:38:00 | Kay Jewelers/Genesis, 15220 NW Greenbrier, Beaverton, OR 97006-5744 |
| 518278311 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 19 2021 20:36:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 518278316 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Nov 19 2021 20:36:00 | State Farm Bank, One State Farm Plaza, Bloomington, IL 61710 |
| 518579397 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2021 20:53:40 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518579396 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2021 20:53:41 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518278313 | + | EDI: RMSC.COM | Nov 20 2021 01:38:00 | PayPal Credit, POB 71202, Charlotte, NC 28272-1202 |
| 518278317 | + | EDI: RMSC.COM | Nov 20 2021 01:38:00 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 518278318 | + | EDI: RMSC.COM | Nov 20 2021 01:38:00 | SYNCB/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 518278319 | + | EDI: RMSC.COM | Nov 20 2021 01:38:00 | SYNCB/GAP, PO Box 965005, Orlando, FL 32896-5005 |
| 518278320 | + | EDI: RMSC.COM | Nov 20 2021 01:38:00 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 518278321 | + | EDI: RMSC.COM | Nov 20 2021 01:38:00 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 518278322 | + | EDI: RMSC.COM | Nov 20 2021 01:38:00 | SYNCB/ToysRUs, PO Box 965005, Orlando, FL 32896-5005 |
| 518278323 | + | EDI: RMSC.COM | Nov 20 2021 01:38:00 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 518399685 | + | EDI: RMSC.COM | Nov 20 2021 01:38:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518278325 | + | EDI: WTRRNBANK.COM | | |

Case 19-21033-MBK    Doc 35    Filed 11/21/21    Entered 11/22/21 00:16:38    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 19, 2021 | Form ID: 3180W | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 20 2021 01:38:00 | TNB-Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 518278324 | + | EDI: WTRRNBANK.COM | Nov 20 2021 01:38:00 | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 518278328 | + | Email/Text: ebn@americollect.com | Nov 19 2021 20:37:00 | University Radiology Group, C/O Americollect, Inc., PO Box 1566, Manitowoc, WI 54221-1566 |
| 518396472 | + | EDI: WFFC.COM | Nov 20 2021 01:38:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 518278331 | + | EDI: WFFC.COM | Nov 20 2021 01:38:00 | Wells Fargo Home Mortgage, POB 10335, Des Moines, IA 50306-0335 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518278291 | *+ | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518278301 | *+ | Citibank, C/O JH Portfolio Debt Equi, 5757 Phantom Drive, Ste 225, Hazelwood, MO 63042-2429 |
| 518278302 | *+ | Citibank, C/O JH Portfolio Debt Equi, 5757 Phantom Drive, Ste 225, Hazelwood, MO 63042-2429 |
| 518278303 | *+ | Citibank, C/O JH Portfolio Debt Equi, 5757 Phantom Drive, Ste 225, Hazelwood, MO 63042-2429 |
| 518278298 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, PO Box 15298, Wilmington, DE 19850 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2021         Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew G. Greenberg | on behalf of Debtor Jose R. Velez a.greenberglawfirm@verizon.net |
| Kevin Gordon McDonald | on behalf of Creditor BANK OF AMERICA N.A.. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert P. Saltzman | on behalf of Creditor Ajax Mortgage Loan Trust 2019-H Mortgage-Backed Securities, Series 2019-H, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 User: admin Page 4 of 4
Date Rcvd: Nov 19, 2021 Form ID: 3180W Total Noticed: 53

William M.E. Powers
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

TOTAL: 7